FILED IN OPEN COURT
ON 8/13/2021
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA                    No. 5:20-CR-524-1BR

v.

LAKISHA VICTORIA MCDOUGALD

**ORDER TO SURRENDER**

The defendant in the above-entitled action having been sentenced to the custody of the U.S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED**:

The defendant, <u>Lakisha Victoria McDougald</u>, surrender to the U. S. Bureau of Prisons by reporting:

\_\_\_\_\_ to the U. S. Marshal's Office, Raleigh, NC, as directed;

\_\_\_\_\_ to the U. S. Marshal's Office, Raleigh, NC, on_____;

\_\_\_\_\_ to the designated institution on _____;

__X__ upon notification by the Court or the U.S. Marshal's Service to report.

As a condition of the order, the defendant shall continue to report to the U.S. Probation Office as directed.

8-13-21
Date

W. Earl Britt
Senior US District Judge

I have received a copy of this order and agree to report as directed. I understand that if I fail to report, I may be cited for Contempt of Court, and if convicted, may be punished by imprisonment and/or fine or both in addition to the sentence imposed in my case.

Defendant

Counsel for the Defendant